Order entered October 8, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00671-CR

**DEMARKO DEON COOPER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F11-27720-H**

## ORDER

The Court **GRANTS** court reporter Crystal R. Jones's motion for extension of time to file the reporter's record.

We **ORDER** Ms. Jones to file the reporter's record within **THIRTY DAYS** from the date of this order.

_____
CAROLYN WRIGHT
CHIEF JUSTICE